23 A.3d 1052

Douglas E. HUMPHREY, Appellant

v.

DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

July 19, 2011.

## ORDER

PER CURIAM.

AND NOW, this 19th day of July, 2011, the Order of the Commonwealth Court is **AFFIRMED.**